FRIDA WYSTRACH, as Administratrix of the Estate of VINCENT WYSTRACH, Deceased, Appellant, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

*Wystrach* v. *Interborough Rapid Transit Co.,* 125 App. Div. 921, affirmed. (Argued March 22, 1909; decided April 6, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through the negligence of defendant.

*Augustus Van Wyck, Herbert D. Cohen* and *Richard J. Donovan* for appellant.

*Henry W. Taft, Arthur C. Patterson* and *Charles A. Gardiner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

EDGAR ROCK, Appellant, *v.* INTERNATIONAL PAPER COMPANY, Respondent.

*Rock* v. *International Paper Co.,* 122 App. Div. 905, affirmed. (Argued March 22, 1909; decided April 6, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 27, 1907, affirming a judgment in favor of defendant entered upon a dismissal of a complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Seth S. Allen* for appellant.

*Berne A. Pyrke* and *Fred W. Dudley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and HISCOCK, JJ. Not sitting: HAIGHT, J.